## 31687. McCRARY v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED DECEMBER 1, 1976.

Willie R. McCrary, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.